No. 96–557. ANJELICA NURSERIES, INC., ET AL. *v.* CORADO-CERON. Ct. Sp. App. Md. Certiorari denied.

No. 96–571. SMITH *v.* MAIL-WELL ENVELOPE CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–600. LAPOINTE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 96–614. FROEMAN *v.* GLENDENING, GOVERNOR OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–615. MILLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–621. MURACCIOLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–630. PIERSON *v.* WILSHIRE TERRACE CORP. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–634. JACKSON ET AL. *v.* CHEMICAL LEAMAN TANK LINES, INC. C. A. 3d Cir. Certiorari denied.

No. 96–636. SHROCK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5025. KINSER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5242. HAMILTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5272. TAYLOR *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–5556. DUNLAP ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5602. WESLEY *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5603. EVERHART *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.